IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN HOWARD MORRIS, III,** | 2:07-cv-01771-MCE-JFM (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE** |
| v. | |
| **ROSEANNE CAMPBELL, Warden,** | |
| Respondent. | |

Respondent's first request for a thirty-day extension of time to file a response was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response to the Petition for Writ of Habeas Corpus by March 20, 2008.

DATED: February 14, 2008.

UNITED STATES MAGISTRATE JUDGE

/morr1771.eot

1