IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HOWARD MORRIS, III,

    Petitioner,               No. CIV S-07-1771 MCE JFM P

   vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis. On May 7, 2008, petitioner filed an amended petition pursuant to this court's order of April 22, 2008. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases; and

/////

1

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: May 29, 2008.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

/morr1771.100